UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

APR 19 2018

UNITED STATES OF AMERICA,

Plaintiff,

v.  Civil No. 2:17cv223

RIC ANTHONY PALMER,

Defendant.

## FINAL ORDER

Pending before the Court is Plaintiff's Motion for Default Judgment as to Defendant Ric Anthony Palmer. ECF No. 7. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and by Order of Reference filed on February 13, 2018, this matter was referred to a United States Magistrate Judge for a Report and Recommendation ("R&R").

In the R&R subsequently filed (ECF No. 15), the Magistrate Judge recommended that Plaintiff's Motion for Default Judgment (ECF No. 7) be granted and that default judgment be entered against Defendant for federal income taxes for the years 2004, 2006, 2007, 2008, and 2012 in the amount of $171,353.80, plus statutory additions accruing thereon from April 17, 2017 until paid.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen days from the date the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections. As indicated in

1

the R&R, "failure to file timely specific written objections to the findings and recommendations [set forth in the R&R] will result in a waiver of the right to appeal from a judgment of this Court based on such findings and recommendations." ECF No. 15 at 19.

This Court has reviewed the R&R (ECF No. 15) and hereby ADOPTS and APPROVES in full the findings and recommendations set forth therein. Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 7) is GRANTED and that default judgment be ENTERED against Defendant for federal income taxes for the years 2004, 2006, 2007, 2008, and 2012 in the amount of $171,353.80, plus statutory additions accruing thereon from April 17, 2017 until paid.

The Clerk is REQUESTED to send a copy of this Final Order to Defendant and to counsel of record for Plaintiff.

IT IS SO ORDERED.

/s/ Arenda L. Wright Allen
Arenda L. Wright Allen
United States District Judge

April 18th, 2018
Norfolk, Virginia